Prepared By: Cory Messer
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida, 33409
Phone Number: 561-682-8835
Redacted
ATTORNEY CODE: Redacted

## ASSIGNMENT OF MORTGAGE
## RHODE ISLAND

This **ASSIGNMENT OF MORTGAGE** entered into as of this 20TH day of APRIL 2010, from **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.(MERS)**, as nominee for **ROSE MORTGAGE, INC.**, whose address is 1901 E Voorhees Street, Suite C, Danville, IL 61834, its successors and assigns, ("Assignor) to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2007-HE-1 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-HE-1** whose address is c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, (Assignee) all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the Public Records of **CRANSTON CITY**, State of **RHODE ISLAND**, as follows;

Mortgagor: JOYCE A. HARRIS AND THOMAS L. GARRETT
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR ROSE MORTGAGE, INC.
Document Date: OCTOBER 06, 2006
Amount: $217,600.00
Recording Date: OCTOBER 11, 2006
Book/Volume/Docket/Liber: 3499
Page/Folio: 271
Instrument No.: 200610110000820
Property address: 16 VICTORIA AVENUE, CRANSTON, RI
Property described as follows:

*FOR A COMPLETE LEGAL DESCRIPTION SEE ABOVE REFERENCED RECORDED MORTGAGE*

This Assignment is made without recourse, representation or warranty.
IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the 1ST day of JULY, 2011.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)**

presence of:

BY: _____
NAME: John Coaster
TITLE: Vice President

Signed, sealed and delivered in the

(1) _____ Yamali Martinez
(2) _____ Debra Spruill

STATE OF FLORIDA       )
                       )ss.
COUNTY OF PALM BEACH   )

The foregoing instrument was acknowledged before me this 1ST day of JULY, 2011, by John Coaster, Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., on behalf of the corporation. He/She is personally known to me.

Notary Public State of Florida
Cory Messer
My Commission EE097259
Expires 05/25/2015

Notary Public – State of Florida    Cory Messer

MIN: Redacted

MERS Ph.#: (888) 679 – 6377